1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 **DEMETRIUS BRYANT**           )   Case No.  CIV-11-1115 EFB
                                  )
12                                )
                                  )   **STIPULATION AND
13                                )   ORDER EXTENDING PLAINTIFF'S
          **Plaintiff,**          )   TIME TO FILE SUMMARY
14                                )   JUDGEMENT MOTION**
   **v.**                         )
15                                )
   **MICHAEL J. ASTRUE**          )
16 **Commissioner of Social Security** )
   **of the United States of America,** )
17                                )
          **Defendant.**          )
18                                )
                                  )
19

20      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file his summary judgment is hereby extended from September 26, 2011, to November

22 29, 2011.  This extension is required due to Plaintiff's counsel's impacted briefing schedule.

23 / / / /

24 / / / /

25 / / / /

26

27

28

                                          1

| | | |
|---|---|---|
| 1 | Dated: November 8, 2011 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 5 | Dated: November 8, 2011 | Benjamin B. Wagner |
| 6 | | United States Attorney |
| 7 | | /s/ *Lynn Harada* |
| 8 | | LYNN HARADA |
| 9 | | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

Plaintiff is advised that given the length of time since defendant's answer and the administrative transcript were filed, the court is not inclined to grant plaintiff any further extensions in this case absent a showing of substantial cause.

APPROVED AND SO ORDERED.

DATED: November 9, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE