BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEMETRIUS BRYANT** | Case No.  CIV-11-1115 EFB |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from September 26, 2011, to November 29, 2011.  This extension is required due to Plaintiff's counsel's  impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: November 8, 2011 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 5 | Dated: November 8, 2011 | Benjamin B. Wagner |
| 6 | | United States Attorney |
| 8 | | /s/ *Lynn Harada*<br>LYNN HARADA |
| 9 | | Special Assistant United States Attorney<br>Attorneys for Defendant |

## ORDER

Plaintiff is advised that given the length of time since defendant's answer and the administrative transcript were filed, the court is not inclined to grant plaintiff any further extensions in this case absent a showing of substantial cause.

APPROVED AND SO ORDERED.

DATED: November 9, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2