IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMETRIUS BRYANT,

     Plaintiff,                      No. CIV S-11-1115 EFB

     vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.                   ORDER TO SHOW CAUSE

                             /

       The above-captioned action is proceeding before the undersigned pursuant to the consent of the parties. E.D. Cal. L.R. 305; Fed. R. Civ. P. 73. On November 10, 2011, the undersigned approved a stipulation between the parties extending the deadline for plaintiff to file a motion for summary judgment and/or remand to November 29, 2011. Dckt. No. 16. The order further provided that "given the length of time since defendant's answer and the administrative transcript were filed, the court is not inclined to grant plaintiff any further extensions in this case absent a showing of substantial cause." *Id.* at 2.

       Plaintiff has not yet filed a motion for summary judgment and/or remand. Nor has he requested an extension of time to do so. Accordingly, plaintiff is ordered to show cause, in writing, within 21 days of the date of this order, why he should not be sanctioned for failure to comply with the November 10, 2011 order. *See* L.R. 110 (providing that failure to comply with the Local Rules or a court order "may be grounds for imposition by the Court of any and all

sanctions authorized by statute or Rule or within the inherent power of the Court."). Plaintiff shall also file a motion for summary judgment and/or remand within 21 days of the date of this order. Failure to timely file the required writings may result in dismissal and the imposition of monetary sanctions. *See* Fed. R. Civ. P. 41(b).

SO ORDERED.

DATED: January 12, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE