BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8977
    Facsimile:  (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| DEMETRIUS BRYANT, ) | CIVIL NO.: 2:11-CV-01115-EFB |
|     Plaintiff, ) ) | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
|     v. ) ) | |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) ) | |
|     Defendant. ) _____) | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from March 5, 2012 to April 19, 2012.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant needs the additional time to further review the file and prepare a response in this matter.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: March 2, 2012           /s/ *Bess M. Brewer*
                               (As authorized via e-mail on 3/1/12)
                               BESS M. BREWER
                               Attorney for Plaintiff


Dated: March 2, 2012           BENJAMIN B. WAGNER
                               United States Attorney
                               DONNA L. CALVERT
                               Acting Regional Chief Counsel, Region IX
                               Social Security Administration

                          By:  */s/ Lynn M. Harada*
                               LYNN M. HARADA
                               Special Assistant United States Attorney


ORDER

APPROVED AND SO ORDERED.

Dated:  March 5, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE